LAW OFFICE OF
# RICHARD HOCHHAUSER, PLLC
1225 Franklin Avenue, Ste. 325
Garden City, New York 11580
(516) 939-1529
RH@HochhauserLaw.com

**MEMO ENDORSED**

July 7, 2022

(Via ECF to:)
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

(Via ECF to)
Matthew P. Mazzola, esq.
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
MMazzola@rc.com
Attorney for Defendants

      Re: *Hudson Neurosurgery, PLLC and Yvonne Dixon v. UMR, Inc.*
      Civil Action No.: 7:20-cv-09642 (KMK)

Dear Judge Karas,

    My firm represents Plaintiffs Hudson Neurosurgery, PLLC and Yvonne Dixon in the above captioned case. Pursuant to Rule I.C. of this Court's Individual Rules of Practice, Plaintiff submits this letter requesting an adjournment of the pre-motion conference currently scheduled for July 15, 2022 due a personal scheduling conflict.

    This is the first request for an adjournment of this conference. Mr. Mazzola consents to this request for adjournment, and has confirmed his availability for possible adjournment dates of either July 19 or July 20.

    I thank the Court for its consideration.

Respectfully Yours,

Richard Hochhauser

*Granted. The conference will go forward via telephone on July 20, 2022 at 10:30 AM*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/8/2022