**Robinson+Cole**

MEMO ENDORSED

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mbernstein@rc.com
Direct (212) 451-2914

Also admitted in New Jersey

September 28, 2022

*(Via ECF)*
Hon. Kenneth M. Karas, U.S.D.J.
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re: *Hudson Neurosurgery, PLLC v. UMR, Inc. and UnitedHealthcare Services, Inc.*
        Civil Action No.: 7:20-cv-09642 (KMK)

Dear Judge Karas:

    This office represents the Defendant UMR, Inc. ("UMR") in the above-captioned matter. Pursuant to Rule I(C) of Your Honor's Individual Practices, we write to respectfully request a 7-day extension of the deadlines in the Court's September 20, 2022 Briefing Schedule (Doc. No. 50) as follows:

| DOCUMENT DUE | INITIAL DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Defendant's Motion to Dismiss | September 30, 2022 | October 7, 2022 |
| Plaintiff's Opposition | October 31, 2022 | November 7, 2022 |
| Defendant's Reply | November 14, 2022 | November 21, 2022 |

    Defendant requests a brief one-week extension of the deadlines in the briefing schedule because undersigned Counsel for the Defendant became ill last week and had been unable to work. While my symptoms have started to improve, it has been very difficult to get any work done and I am not sure when the symptoms will completely resolve. This is the Defendant's first request for an extension of the deadlines in the Court's initial Briefing Schedule and Plaintiff's counsel consents to the requested relief.

# Robinson+Cole

Hon. Kenneth M. Karas, U.S.D.J.
September 28, 2022
Page 2

Thank you for your consideration of this matter.

Respectfully submitted,

*Matthew P. Mazzola*

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

> Granted. The Court wishes Mr. Mazzola a full recovery.
>
> So Ordered.
>
> 9/29/22