# Robinson+Cole

MEMO ENDORSED

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mbernstein@rc.com
Direct (212) 451-2914

Also admitted in New Jersey

November 18, 2022

(*Via ECF*)
Hon. Kenneth M. Karas, U.S.D.J.
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re: *Hudson Neurosurgery, PLLC v. UMR, Inc. and UnitedHealthcare Services, Inc.*
    Civil Action No.: 7:20-cv-09642 (KMK)

Dear Judge Karas:

    This office represents the Defendant UMR, Inc. ("UMR") in the above-captioned matter. Pursuant to Rule I(C) of Your Honor's Individual Practices, we write to respectfully request a 14-day extension of time for UMR to file its Reply in further Support of its Motion to Dismiss from November 21, 2022 to December 5, 2022. Defendant requests a brief two-week extension of time to file its reply due to the press of several deadlines in other matters, including several unexpected deadlines. This is the Defendant's second request for an extension of the deadlines in the Court's initial Briefing Schedule (but the first request since Plaintiffs filed their Opposition) and the first request was granted. Plaintiff's counsel consents to the requested relief.

    Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Matthew P. Mazzola*

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

Granted.
So Ordered

*/s/ KMK*

11/21/22